UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CARLOS ALMONTE, <br><br> Plaintiff, <br><br> -against- <br><br> FRANK P. GERACI JR.; LAURA TAYLOR SWAIN; CHARLES SIRAGUSA; RUBY KRAJICK, <br><br> Defendants. | 21-CV-6960 (LLS) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued October 8, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915A(b)(1), (2).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 8, 2021
         New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.